UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON D.P. CHANDLER, | ) |
| Plaintiff, | ) C.A. No. 08-1158 (HHK) |
| v. | ) |
| DISTRICT OF COLUMBIA, *et al.* | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE PARTIAL ANSWER**

Officer Gregory Jones, by and through undersigned counsel, respectfully requests that the Court extend the time for Officer Jones to file an answer to the one claim that Officer Jones has not moved to dismiss, until after the Court has resolved the Motion to Dismiss filed by the District of Columbia and Officer Jones. In support thereof, Officer Jones states as follows:

1.  Plaintiff filed the above-referenced matter in the Superior Court of the District of Columbia against the District of Columbia, Officer Jones, and a number of John Doe officers, claiming violation of the Fourth Amendment against the officers only (Count I), and claims of false arrest (Counts II and IX), intentional infliction of emotional distress (Counts III and X), violation of the Fifth Amendment (Counts IV and VII), violation of the Eighth Amendment (Counts V and VIII), and assault and battery (Counts VI and XI) against the District and the officers. Although not labeled as separate counts, Plaintiff also appears to attempt to assert claims for libel and slander. Based on Plaintiff's assertion of federal claims, the District of Columbia timely removed this case to this Court.

2.      The District of Columbia and Officer Jones have filed a Motion to Dismiss contemporaneously with this motion, which is potentially dispositive of all claims except for the Fourth Amendment claim against Officer Jones.

3.      Officer Jones respectfully requests that the Court grant his request to extend the time for filing his Answer until after the Court has resolved the Motion to Dismiss as Plaintiff's Complaint encompasses 180 paragraphs, many of which may be moot if the Court resolves the dispositive motion in favor of the District and Officer Jones.  In the event that the Court denies the dispositive motion in whole or in part, the District and Officer Jones can than file a joint answer to the Complaint.

4.      Pursuant to LCvR 7(m), undersigned counsel contacted counsel for Plaintiff to determine whether Plaintiff would agree to the relief requested herein.  At the time of the filing of this motion, undersigned counsel had not yet received a response from counsel for Plaintiff.

Accordingly, Officer Jones requests that the Court defer the time for the filing of an answer until after the Court has resolved the dispositive motion that is being filed contemporaneously herewith.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        __/s/  Samuel C. Kaplan_____
        SAMUEL C. KAPLAN (463350)
        Assistant Deputy Attorney General

        ___/s/  Shana L. Frost_____
        SHANA L. FROST (458021)
        Assistant Attorney General
        441 4th Street, NW, 6th Floor South
        Washington, DC 20001
        (202) 724-6534
        Fax:  (202) 727-3625
        shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AARON D.P. CHANDLER, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 08-1158 (HHK) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EXTENSION
OF TIME TO FILE PARTIAL ANSWER**

1.   Fed. R. Civ. P. 6.

2.   Fed. R. Civ. P. 12.

3.   The interests of justice and the record herein.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

  /s/  Samuel C. Kaplan
SAMUEL C. KAPLAN (463350)
Assistant Deputy Attorney General

  /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov